FULL NAME

Sharrod Moten
_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

PO Box 5101
_____

Delano, CA 93216
_____
PRISON NUMBER (if applicable)

F36382

**FILED**
**CLERK, U.S. DISTRICT COURT**

SEPTEMBER 15, 2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ch_____ **DEPUTY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sharrod Moten <br><br> v. <br><br> Pedro Pulido, Garen Shimarian, Craig Green, Jasmine McDuffy, Rosa Ibarra, Maricruz Werner, Eduardo Acevedo, et    **PLAINTIFF,** <br><br><br><br> **DEFENDANT(S).** | CASE NUMBER <br> _____2:22-CV-04942-DOC-PLA_____ <br> *To be supplied by the Clerk* <br> First Amended Complaint <br><br> **CIVIL RIGHTS COMPLAINT** <br> **PURSUANT TO** *(Check one)* <br> ☒ 42 U.S.C. § 1983 <br> ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes    ☒ No

2. If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Sharrod Moten_____
(print plaintiff's name)

who presently resides at __PO Box 5101, Delano, CA 93216_____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
CDCR LAC - Lancaster, CA
(institution/city where violation occurred)

on (date or dates) _____2/5/21_____, _____2/5/22_____, _____.
(Claim I)                          (Claim II)                          (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   Pedro Pulido _____ resides or works at
(full name of first defendant)

PO BOX 8457, Lancaster, CA 93539-8457
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by

this action.

2.   Defendant   Garen Shimarian _____ resides or works at
(full name of first defendant)

PO BOX 8457, Lancaster, CA 93539-8457
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by

this action

3.   Defendant   Jasmine McDuffy _____ resides or works at
(full name of first defendant)

PO BOX 8457, Lancaster, CA 93539-8457
(full address of first defendant)

Correctional Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by

this action

---

4.  Defendant  Maricruz Werner _____ resides or works at
    _____(full name of first defendant)_____

    PO BOX 8457, Lancaster, CA 93539-8457 _____
    _____(full address of first defendant)_____

    Correctional Officer _____
    _____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defemdant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by _____

this action _____

5.  Defendant  Eduardo Acevedo _____ resides or works at

    _____(full name of first defendant)_____

    PO BOX 8457, Lancaster, CA 93539-8457 _____
    _____(full address of first defendant)_____

    Correctional Officer _____
    _____(defendant's position and title, if any)_____

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by _____

this action _____

---

on (date or dates) _____ 2/5/21 _____ , _____ 2/5/21 _____ , _____ .
                        (Claim I)                 (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  Rosa Ibarra               resides or works at
                (full name of first defendant)

                PO BOX 8457, Lancaster, CA 93539-8457
                (full address of first defendant)

                Correctional Officer
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by

this action

2.  Defendant  Jamarkus Mangum              resides or works at
                (full name of first defendant)

                PO BOX 8457, Lancaster, CA 93539-8457
                (full address of first defendant)

                Correctional Officer
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by

this action

3.  Defendant  David Calderon              resides or works at
                (full name of first defendant)

                PO BOX 8457, Lancaster, CA 93539-8457
                (full address of first defendant)

                Correctional Officer
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by

the action

4.   Defendant   Craig Green _____ resides or works at
                 (full name of first defendant)

                 PO BOX 8457, Lancaster, CA 93539-8457 _____
                 (full address of first defendant)

                 Correctional Officer _____
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):   ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and constitutional violations challenged by _____

this action _____

5.   Defendant   Marcus Moz _____ resides or works at

                 (full name of first defendant)

                 PO BOX 8457, Lancaster, CA 93539-8457 _____
                 (full address of first defendant)

                 Correctional Officer _____
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):   ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

Defendant acted with disregard and deliberate indifference toward the civil and consitutional violaions challeged by _____

this action _____

on (date or dates) _____2/5/21_____, _____2/5/21_____, _____.
                         (Claim I)                  (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  "Doe" Ochoa _____ resides or works at
   (full name of first defendant)

   PO BOX 8457, Lancaster, CA 93539-8457 _____
   (full address of first defendant)

   Correctional Officer _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

---

**D. CLAIMS***

<b>CLAIM I</b>

The following civil right has been violated:

Plaintiff's right to be free from cruel & unusual punishment which is afforded under the Eighth Amendment

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1.  On February 5th, 2021 I was out for showers and before returning to my cell, stopped to retrieve water, I noticed Defendant McDuffy was searching my cell. I approached my cell and asked Defendant McDuffy why she was searching my cell.

2. Defendant Ibarra at this time was in the control booth and called for Defendant Pulido, who was on the bottom tier running medication call with medical staff, and advised him that his partner Defendant McDuffy was on the tier alone with 2 inmates. (myself and my cellmate).

3. Defendant Pulido responded to cell 225 and interrupted conversation between myself and Defendant McDuffy. It was at this time that Defendant Pulido ordered my cellmate and myself to go downstairs to the lower tier. My cellmate and myself complied with his direct order and began going down the stairs when Defendant Pulido followed behind us and sprayed me in the back of the head with his pepper spray. There was no reason to spray me, as I was complyig with his directive with no disruption or opposition.

4. When I reached the bottom of the stairs Defendants Green, and officers Gonzalez, Rosas and Miller were all at the bottom of the stairs with batons out and coming towards me. At this point I was unsure as to why as there had been no actions by me to warrant any use of force. I had been sprayed for no reason and wanted to avoid any further unwarranted attacks made by

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

1  Defendant Pulido and anticipated by defendants Green, and others officers, Miller, Gonzalez, and Rosas.

2  5.      I ran up the stairs to avoid being met with any further efforts of unjustified force from defendants. At this

3  point I was in fear of my life. I stationed myself in the shower area as a way to protect myself.

4  6.      Defendant Werner approached and instructed me to get out of the shower in which I complied. I was in a

5  prone position and complying with the Defendants directives.

6  7.      Defendants Shemarian and Pulido stepped in to complete the restraint initiated by Defendant Werner.

7  Again, both defendants used excessive and unwarranted force. Both defendants shoved their knees in my back and

8  aggressively grabbed my arm to complete the restraint, despite my being non-resistant and compliant with

9  defendants' directives.

10  8.      Defendants Shimerian and Pulido dragged me out of the building, across Facility B Yard, into B

11  gymnasium, which is secluded and has no camera or accessibility for witnesses to note any activities. I was thrown

12  on the ground by both Defendants who beat me with batons in the back of the head, neck, legs and hands as

13  Defendants Shimerian and Pulido yelled obscenities and disrespected me by degrading me and calling me names

14  and using various vulgar statements. The defendants continued this for an undisclosed period of time, despite me

15  being injured and covered in blood. I was handcuffed and shackled and posed no threat to the safety of any person at

16  the time.

17  9.      Defendants Acevedo and Mangum witnessed these acts of force against me, and despite the viciousness of

18  the attack and the seriousness of the injuries made at the time; they disregarded the need to assist me by means

19  of intervention, rendering aid and/or stopping the actions of defendants Pulido and Shimerian.

20  10.      I sustained injuries that included, but are not limited to a lacerated scalp (5 gashes) that required over 15

21  staples, three lacerations to the leg, 2 that required staples, a partially severed finger, damage to my right eye,

22  contusions on my neck and other bruising throughout various areas of my body as a direct result of the malicious

23  acts described, which did not serve any legitimate purpose and/or correctional goal. I have also continued to suffer

24  from long term side effects such as intermittent vision loss, migraine headaches, shoulder pain, and intermittent

25  partial loss of function my hand and fingers. I also continue to have nightmares and high anxiety due to this incident.

26  I was taken to Palmdale Regional for medical attention. (Records have been requested).

27

28

**CLAIM 2**

My right to due process which is protected by the 14th Amendment

(Statement continued)

11.     In an effort to attempt to justify injuries sustained from defendants and hide the misuse of force by defendants, Pulido and Shimarian, and hiding the fact that defendants Acevedo and Mangum who had a duty to assist me by intervening, rendering aid and/or stopping the actions of defendants Pulido and Shimarian, multiple defendants conspired to file false reports and charging me with battery of an officer.

12.     Defendant Pulido stated in his report that I was downstairs, went upstairs to approach the cell where he and Defendant McDuffy were, and due to my interactions with them, was ordered to return downstairs to the lower tier. (pg. 54)

13.     Defendant Ibarra, however stated in her report that I was attempting to confront Defendant McDuffy, at which time she gave a direct order to leave the top tier. She then observed Defendant Pulido approach the top tier cell where Defendant McDuffy had conducted a search. Defendant Ibarra went on to say that she observed Defendant Pulido give multiple orders for me to go downstairs to the lower tier before Defendants Pulido and McDuffy directed me to go down "B section stairs" together and I complied. (Pg. 56)

14.     These two accounts place me in different places according to the two defendants. These are details that should be similar to each other for documentation purposes, however, do not align with each other.

15.     Defendant Werner stated in her report that when Pulido sprayed me, that I fell and immediately stood up and attempted to attack her. No other report submitted documented this action. (pg. 58)

16.     Defendant Acevedo on the other hand stated that when defendant Pulido sprayed me, that defendant Pulido fell to the ground, and I turned to attack him. (pg. 35)

16.     Because defendant Pulido states in his report that he fell to the floor after spraying me. This would show that defendant Werner gave a false account of the events that transpired.

17.     Defendant Moz stated in his report that as soon as he arrived to Building B3 he slipped, fell, and twisted his ankle. He went on to say that, despite his injury he exited the building to turn off the alarm and returned inside. Defendant Moz entered the building and observed several actions by me and other parties and stated that due to his injury, he was unable to assist in the matter and exited the building.

18.     Defendant Ibarra, however, stated in her report that Defendant Moz approached her at "A" section window

1   to request leg restraints. There is no mention of this is Defendant Moz's report.

2   19.      Defendant Calderon stated in his report that Defendant Moz approached me with his baton, giving me an

3   order to get down and it was at that time defendant Moz slipped and fell. Defendant Calderon goes on to say that

4   defendant Moz directed him to escort noninvolved inmates back to their cells. Defendant Moz's report does not

5   mention either of these things. (pg. 61)

6   20.      Defendant McDuffy stated in her report that my cellmate and I attacked Defendant Pulido and that she had

7   to use force to stop the attack. Defendant Pulido on the other hand, never stated in his supplemental report.

8   Defendant McDuffy fabricated the RVR with a culpability state of mind to corroborate a story to falsely accuse me

9   of battery.

10   21.      Defendant Moz stated that he was the Sergeant who ran in the building, slipped, and allegedly fell and

11   sprained his ankle, got back to his feet to silent the alarm because he could not hear and entered B3 for the second

12   time, and because of his injury he left to outside medical. Defendant Ibarra report proves that Defendant Moz lied

13   because in her report she proves facts that Defendant Moz asked for restraints after the incident took place. Also, the

14   alarm lasted 13 minutes long and he admitted to being the person to cutting the alarm off so he could not have been

15   gone long, which proves he lied to give me a battery charge.

16   22.      Defendant Werner stated that she watched me attack Pulido and subsequently after I attacked her and she

17   hit me in my rib and thigh and I proceeded to run up B section stairs and she left due to being overwhelmed by

18   pepper spray, not because she was injured. Which proves facts she fabricated a story to corroborate a battery with

19   her peers and not tell the truth about being there to take me out of the shower.

20   23.      Defendant Acevedo stated in his report that he hit me with his baton in my shin once, the back of my leg

21   and my thigh in attempt to corroborate his peers' story, to justify wounds. He stated he was injured when he never

22   stated in his report the cause of his injury. He stated he left due to being overwhelmed with pepper spray which

23   proves he lied with a culpability state of mind.

24   24.      On February 6, 2021, I was placed in administrative segregation. I was disallowed the opportunity to speak

25   on my behalf at committee and defendants failed to provide adequate accommodations or afford proper opportunity

26   for me to discuss the incident that transpired on February 5th, 2021 and prepare myself for upcoming committee.

27   25.      On February 8th, 2021, Defendant Ochoa reported that he saw me and completed a review of the incident

28   reports with me to prepare for committee. This was not true, as I was at wound care at the time of the reported

Attachment    Case 2:22-cv-04942-DOC-PLA    Page 5B

contact.

26.      There are various reports that were submitted regarding this incident that reflect multiple inconsistencies.

These actions and others of said defendants consisted of excessive force, falsified reports, and retaliatory actions.

I request to hold spots for Does 1-5 pending the findings of the true names of potential defendants

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I am request relief in the amount of $1.5 million and request a jury trial. if no Settlement is reached.

9. 10. 22

_(Date)_

_(Signature of Plaintiff)_