FULL NAME: Sharrod Moten

COMMITTED NAME (if different): Sharrod Moten

FULL ADDRESS INCLUDING NAME OF INSTITUTION:
PO BOX 5101
Delano, CA 93216

PRISON NUMBER (if applicable): F36382

FILED
CLERK, U.S. DISTRICT COURT
FEBRUARY 4, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ch  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sharrod Moten
PLAINTIFF,

v.

Pedro Pulido, Garen Shaminian, GDP Acevedo, Saucedo, Ochoa, King, Gonzalez, Rosa Ibarra, Jasmine McDuery, Bryan Perez, Matius Noz, Tamarkus Mangum, Smith, Green, Lepe, Olowasagba, Mari cruz Werner, Calderon
DEFENDANT(S).

CASE NUMBER: CV 22-04942-DOC (PLA)
*To be supplied by the Clerk*
3rd Amended Complaint

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. **PREVIOUS LAWSUITS**  42 USC §1985 United States Code title 18 §241, 242; Conspiracy Law  Monnell Official Policy § 42 USC 1986 § 42 USC 1986 § 42 USC 1985

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____

   Defendants _____
   _____

b. Court _____
   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
   _____
   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Sharrod Moten_____
                                                            (print plaintiff's name)

who presently resides at __PO Box 5101, Delano, CA 93216_____,
                           (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__CDCR LAC - Lancaster, CA_____
                    (institution/city where violation occurred)

_____

on (date or dates) __2/5/21__ , __2/5/21__ , __2/5/21__ .
                              (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Pedro Pulido__ resides or works at
   (full name of first defendant)
   __PO BOX 8457, Lancaster, CA 93539-8457__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Acted under color of law by using unnecessary/Excessive Use of force, while treating me with cruel and unusual which violates by 8th amendment right to be free from being treated cruel and unusual.

2. Defendant __Garen Shimarian__ resides or works at
   (full name of first defendant)
   __PO BOX 8457, Lancaster, CA 93539-8457__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Acted under color of law by using unnecessary/Excessive Use of force, while treating me with cruel and unusual which violates by 8th amendment right to be free from being treated cruel and unusual.

3. Defendant __Gop Acevedo__ resides or works at
   (full name of first defendant)
   __PO BOX 8457, Lancaster, CA 93539-8457__
   (full address of first defendant)
   __Correctional Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Acted under color of law by acting with deliberate indifference by failing to interven which violates my 8th amendment constitutional rights

4. Defendant  "Doe" Saucedo _____ resides or works at
   (full name of first defendant)

   PO BOX 8457, Lancaster, CA 93539-8457
   (full address of first defendant)

   Lieutenant AIMS
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conpired to obstruct "the due course of jusitice" to help conspire a battery

5. Defendant  "Doe" Ochoa _____ resides or works at
   (full name of first defendant)

   PO BOX 8457, Lancaster, CA 93539-8457
   (full address of first defendant)

   Captain
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conpired to obstruct "the due course of jusitice" to help conpire a battery by falsifying documents

on (date or dates) _____, _____, _____.
                                    (Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  Marcus Moz _____ resides or works at
   (full name of first defendant)

   PO Box 8457, Lancaster, CA 93539-8459
   (full address of first defendant)

   Correctiona lOfficer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due corse of justice" to help conspire a battery by falsifying documents

2. Defendant  Jamarkus Mangum _____ resides or works at
   (full name of first defendant)

   PO Box 8457, Lancaster, CA 93539
   (full address of first defendant)

   Correctional Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

3. Defendant  Maricruz Werner _____ resides or works at
   (full name of first defendant)

   PO Box 8457, Lancaster, CA 93539
   (full address of first defendant)

   Correctional Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

4. Defendant "Doe" Smith _____ resides or works at
   (full name of first defendant)

   PO Box 8457, Lancaster, CA 93539 _____
   (full address of first defendant)

   Correctional Officer _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

5. Defendant Craig Green _____ resides or works at

   (full name of first defendant)

   PO Box 8457, Lancaster, CA 93539 _____
   (full address of first defendant)

   Correctional Officer _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

on (date or dates) _____, _____, _____.
                                    (Claim I)            (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   "Doe"King _____ resides or works at
                  (full name of first defendant)

                  PO Box 8457, Lancaster, CA 93539-8459
                  (full address of first defendant)

                  Correctiona lOfficer
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired to obstruct "the due corse of justice" to help conspire a battery by falsifying documents

2. Defendant   "Doe" Gonzalez _____ resides or works at
                  (full name of first defendant)

                  PO Box 8457, Lancaster, CA 93539
                  (full address of first defendant)

                  Correctional Officer
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

3. Defendant   Rosa Ibarra _____ resides or works at
                  (full name of first defendant)

                  PO Box 8457, Lancaster, CA 93539
                  (full address of first defendant)

                  Correctional Officer
                  (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

4.  Defendant  Jasmine McDuffy _____ resides or works at
    (full name of first defendant)

    PO Box 8457, Lancaster, CA 93539
    (full address of first defendant)

    Correctional Officer
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
    Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

5.  Defendant  Bryan Perez _____ resides or works at
    (full name of first defendant)

    PO Box 8457, Lancaster, CA 93539
    (full address of first defendant)

    Correctional Officer
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
    Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

on (date or dates) _____, _____, _____.
                       (Claim I)        (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  "Doe" Miller _____ resides or works at
   (full name of first defendant)
   PO Box 8457, Lancaster, CA 93539-8459
   (full address of first defendant)
   Correctiona lOfficer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due corse of justice" to help conspire a battery by falsifying documents

2. Defendant  "Doe" Lepe _____ resides or works at
   (full name of first defendant)
   PO Box 8457, Lancaster, CA 93539
   (full address of first defendant)
   Correctional Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

3. Defendant  David Calderon _____ resides or works at
   (full name of first defendant)
   PO Box 8457, Lancaster, CA 93539
   (full address of first defendant)
   Correctional Officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

4. Defendant <u>"Doe" Olowasagba</u> resides or works at
   (full name of first defendant)

   <u>PO Box 8457, Lancaster, CA 93539</u>
   (full address of first defendant)

   <u>LVN</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

5. Defendant <u>"Doe" Gonzalez</u> resides or works at
   (full name of first defendant)

   <u>PO Box 8457, Lancaster, CA 93539</u>
   (full address of first defendant)

   <u>Correctional Officer</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

Plaintiffs right to be free from cruel and unusual punishment which is afforded under the Eight Amendment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. On February 5th, 2021, I was out for showers and before returning to my cell, I stopped to retrieve water, I noticed defendant McDuffy searching my cell. I approached my cell and asked defendant McDuffy why was she searching my cell.

2. Defendant Ibarra at this time was in the control booth and called for defendant Pulido, who was on the bottom tier running medication call with medical staff, and advised him that his partner defendant McDuffy was on the tier alone with 2 inmates. (myself and my cellmate - Inmate Young CDCR #BB5377).

3. Defendant Pulido responded to cell 225 and interrupted conversation between myself and defendant McDuffy. It was at this time that Defendant Pulido ordered my cellmate and myself to go downstairs to the lower tier. My cellmate and myself complied with his direct order and began going down the stairs when Defendant Pulido followed behind us and sprayed me in the back of the head with his pepper spray as we reached the bottom of the stairs.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)   Page 5 of 6   11

I had been sprayed for no reason and wanted to avoid any further unwarranted attacks by CO's/defendants.

5. At this point I was in fear for my life... I ran up (B) section stairs where I stationed myself in (A) section shower as a way to protect myself.

6. CO Ms. Werner approached (A) section top tier shower door where I shielded myself in the shower, and she instructed me to get out of the shower in which I complied. I was in a prone position and complying with Co Ms. Werner's directives.

7. Defendants Shimerian and Pulido stepped in to complete the restraint initiated by CO Ms. Werner. Both Defendants, Shimerian and Pulido, used excessive and unnecessary use of force. Both defendants, Shimerian and Pulido shoved their knees in my back and aggressively grabbed my arms to complete the restraint. Leg restraints/shackles were also used at this time despite my being non-resistant and compliant with CO Ms. Werner's original directive.

8. Defendants Pulido and Shamirian dragged me out of the building, across Facility B Recreational Yard and into B gymnasium, which is secluded and has no camera(s) or accessibility for witnesses to note any activities. I was thrown on the ground by both Defendants Pulido and Shamirian and hit in the head with batons as well as the neck, legs and hands, as they yelled obscenities and disrespected me by degrading me and calling me names using various vulgar statements, all while continuously beating me. While I was laying on my stomach faced down with my hands cuffed behind my back with shackles on my legs being beat in the head I managed to roll on my side on my right arm where my left side view is more visible, to see who was hitting me, also because excruciating pain "due to continuously being hit in the back of the head", "I observed Defendants Pulido/ Shimerian beating me with their hand held batons" while "Defendant Acevedo stood behind them and watched". After I witnessed him standing there watching, I was struck on the side of my head over my left ear by defendant Pulido which forced me back to a faced down position, and continuously beaten... after I witnessed him watching, it continued for an ample amount of time afterwards which gave him reasonable opportunity to intervene, but he failed to protect. Defendants Pulido and Shamirian continued this attack for an undisclosed period of time despite me being injured and covered in blood laying faced down handcuffed and shackled.

9. Defendant Acevedo witnessed these acts of force against me, and despite the viciousness of the attack and the seriousness of the injuries made at the time; he disregarded the need to assist me by intervention, rendering aid/or stopping the actions of Defendant Pulido and Shamirian.

CASE NUMBER 2:22-CV-04941-DOC-PLA – PAGE _____



10. I was picked up and thrown into the cage. At this time I requested ISU to be summoned to the gym so that the remainder of the incident and all injuries could be appropriately documented and preserved. I exited the cage and all injuries were recorded and documented before being transported to Palmdale Regional where all injuries were treated and documented by their medical personnel.

11. I sustained injuries that included, and are documented in medical records provided by Palmdale Regional, 6 lacerations to the scalp and 2 lacerations to the left leg, requiring 28 staples. A lacerated portion of the tip of the left thumb, in which the doctor explained at length, the possible loss of the fingertip due to the extent of the injury sustained. I have also continued to suffer from long term side effects such as intermittent vision loss, migraine headaches, shoulder pain, and intermittent partial loss of function in my hand and finger. I also continue to have nightmares and high anxiety due to this incident.

| | **CLAIM 2** |
|---|---|
| 1 | |
| 2 | Violation of the conspiracy law, which is prohibited under the 8th Amendment 42 U.S.C 1985, 42 U.S.C 1986 |
| 3 | Defendants King, Lt. Salcedo, and Gonzalez Conspired to obstruct "the due course of justice" to help conspire a |
| 4 | battery by falsifying documents, to help CO's corroborate their stories so Defendant Pulido would look like he |
| 5 | didn't spray me in the back of the head. |


<br/>

**CLAIM 2**

Violation of the conspiracy law, which is prohibited under the 8th Amendment 42 U.S.C 1985, 42 U.S.C 1986

Defendants King, Lt. Salcedo, and Gonzalez Conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents, to help CO's corroborate their stories so Defendant Pulido would look like he didn't spray me in the back of the head.

Defendants Ibarra, Green, and McDuffy conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents, to help CO's corroborate their stories so it would look like I attacked Defendant Pulido and that he sprayed me in the face and not in the back of the head.

Defendants Gonzalez, Mangum, Smith, Acevedo, Miller, Lepe, and Calderon conspired to obstruct "the due course of justice" to help conspire a battery by falsifying documents, minimizing their involvement and what they witnessed, to help corroborate Defendant Pulidos report that he sprayed me in the face and not in the back of the head.

Defendant Perez conspired to obstruct "the due course of justice" to help conspire a battery, by falsifying documents to help Defendants Shamirian, Acevedo, and Pulido corroborate their reports and so that Defendant Pulido would look like he sprayed me in the face and not in the back of the head.

Defendant Moz conspired to obstruct "the due course of Justice" to help conspire a battery, by falsifying documents to help Defendants Pulido and Shamirian corroborate their reports that I allegedly tried to throw Defendant Shamirian over the tier.

Defendant J. Olowasagba, LVN, conspired to obstruct "the due course of Justice" to help CO's corroborate their reports to conspire a battery, and to obstruct the ensuing investigation, also minimize injuries I received, and make it look like I was sprayed in the face and not in the back of my head by Defendant Pulido.

Defendants Werner, Acevedo, Smith, Miller, Lepe, Gonzalez, Mangum, and Calderon, all conspired to obstruct "the due course of justice", by falsifying documents, by corroborating each others reports, to maintain their code of silence, by stating their vision was impaired by pepper spray to conceal the truth and to help conspire a battery, by not reporting what really took place and to help Defendant Shamirian and Pulido corroborate an alleged battery.

Defendant Ochoa, conspired to obstruct the "due course of justice", by falsifying documents, in order to deceive investigators and to deny witnesses to obstruct the ensuing investigation to help corroborate CO stories so Defendant

CASE NUMBER 2:22-CV-04941-DOC-PLA – PAGE _____



1 | Pulido would look like he never sprayed me in the back of the head, and I attempted to throw Defendant Shamirian
2 | over the top tier, to help conspire a battery.

CASE NUMBER 2:22-CV-04941-DOC-PLA – PAGE \_\_\_\_\_



**CLAIM 3**

8th Amendment Deliberate Indifference – Failing to intervene to protect a prisoner.

Defendant Mangum admitted in his incident report that he, in fact, was one of the defendants that escorted me to the gym, which proved he witnessed the malicious attack from the very beginning, and never tried to intervene at any point of the attack, even though it happened for an undisclosed amount of time. Also, in his incident report, he stated in fact that he was one of the defendants who put me in the cage at the end of the attack which proves he was there from beginning to end.

Defendant Acevedo witnessed the malicious attack that took place for an undisclosed amount of time and never attempted to intervene. I rolled on my right arm as I was being beat with batons by Defendant Pulido and Shamirian and witnessed Defendant Acevedo just standing there watching before I was struck by Defendant Pulido on the side of my head which caused me to return back to a face down position on my stomach as I was continuously beat and he never once attempted to intervene after I witnessed him standing there watching.

CASE NUMBER 2:22-CV-04941-DOC-PLA – PAGE _____



## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Monetary compensation in the amount of $1.5 million dollars for compensatory and punitive damages, all RVR's after february 5th, 2021 be dropped due to the battery charge being conspired, my family visits restored, a jury trial if an adequate settlement cannot be reached, my immediate release due to my safety and security being in danger/jeopardy, and policies updated that will reflect an implemented regulation that CDCR staff recieve continous training in areas of ethics, use of force and the departments current policies as they relate to the title 15/department of operations manual and the proper way to implement them

\_\_1-28-23\_\_   \_\_\[signature\]\_\_
(Date)         (Signature of Plaintiff)

---

CV-66 (7/97)     **CIVIL RIGHTS COMPLAINT**     Page 6 of 6

(17)