1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHARROD MOTEN,

               Plaintiff,

         v.

PEDRO PULIDO, et al.,

               Defendants.

_____

Case No. 2:22-cv-04942-DOC-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Interim Report and Recommendation of United States Magistrate Judge (docket no. 27).  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected via his Motion for Reconsideration (docket no. 36) and via his Motion for Objections (docket no. 45). The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED: (1) plaintiff's Motion for Reconsideration (docket no. 36) is denied; (2) plaintiff's Motion for Objections (docket no. 45) is denied; (3) defendants Acevedo, Saucedo, Ochoa, Moz, Mangum, Werner, Smith, Green, King, Gonzalez, Ibarra, McDuffy, Perez, Miller, Lepe, Calderon, Olowasagba, and Gonzalez are dismissed from this case with prejudice; and (4)

1   further leave to amend is denied.  Plaintiff may proceed on the operative Third

2   Amended Complaint against defendants Pulido and Shimarian only.

3

4

5   DATED:   April 12, 2023

6   _____
    HONORABLE DAVID O. CARTER
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2