# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARROD MOTEN, | ) | Case No. 2:22-cv-04942-DOC-SP |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| PEDRO PULIDO, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) docket numbers 198, 199, 209, 212, 219, 222, and 238 are stricken from the record; (2) plaintiff's motions for reconsideration (docket nos. 132, 204) are denied; (3) plaintiff's motion for summary judgment (docket nos. 134, 181) is denied; (4) defendants' motion for summary judgment (docket no. 206) is granted; (5) plaintiff's other pending motions and requests (docket nos. 218, 258, 262,

263, 264) are denied as moot; and (6) Judgment will be entered dismissing the Third Amended Complaint and this action with prejudice.

Dated: <u>September 17, 2024</u>

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE