# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARROD MOTEN, | ) | Case No. 2:22-cv-04942-DOC-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| PEDRO PULIDO, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed with prejudice.

Dated: September 17, 2024

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE