**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARROD MOTEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P. PULIDO, et al.<br><br>　　　　　　Defendants. | Case No. 2:22-cv-4942-DOC-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed plaintiff's motions for relief from judgment, motion for change of venue, records on file, and the November 25, 2024 Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that plaintiff's motions for relief from judgment (docket nos. 272, 274, 276, 281, 283) and motion for change of venue (docket no. 275) are denied.

Dated: <u>December 19, 2024</u>

　　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE