**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARROD MOTEN,<br>Plaintiff,<br>v.<br>PEDRO PULIDO, et al.,<br>Defendant/s. | Case No. 2:22-cv-04942-DOC-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the August 31, 2026 Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that plaintiff's motions for relief from judgment (docket nos. 304, 305, 307, and 308) are denied. In addition, plaintiff is instructed that no further motions or requests for reconsideration or relief from judgment will be entertained in this case, which is closed.

Dated: September 29, 2026

David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE